In the Matter of the Transfer Tax upon the Estate of MARTHA M. READ, Deceased.

JOHN B. DAHLGREN et al., as Executors of and Trustees under the Will of MARTHA M. READ, Deceased, Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Read*, 145 App. Div. 920, affirmed.
(Argued February 13, 1912; decided February 27, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1911, which affirmed an order of the New York County Surrogate's Court denying an application for remission of the penalty on the transfer tax assessed against the estate of Martha M. Read, deceased.

*James Gillin* for appellants.

*John G. Pheil* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.